# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Carey C. Pettigrew,

Plaintiff

vs.

Director John Baldwin, Pontiac Corr. Center Warden Michael Melvin, and Pontiac Buisness Office Supervisor Jeff Allen,

Defendant(s)

Case No. 16-CV-1146-SLD
(The case number will be assigned by the clerk)

SCANNED at RCC and E-Mailed
6/6/16 (date) by BS (initials)
13 (# of pages)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format.)

## AMENDED COMPLAINT

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

- [x] 42 U.S.C. §1983 (state, county or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

- [ ] Other federal law: _____

- [ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.



# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Carey Cornitrios Pettigrew

Prison Identification Number: R26024

Current address: P.O. Box 99
Pontiac, IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: John Baldwin

Current Job Title: Director of I.D.O.C

Current Work Address: 1301 Concordia Ct
Springfield, IL 62756

Defendant #2:

Full Name: Michael Melvin

Current Job Title: Warden at Pontiac Corr. Center.

Current Work Address: 700 W. Lincoln St
Pontiac, IL 61764

Defendant #3:

Full Name: Jeff Allen

2

Current Job Title: Pontiac Corr. Center Buisness Off. Supervisor

Current Work Address: 700 W. Lincoln St
Pontiac, IL 61764

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☑    No ☐

If yes, please describe   A MANDAMUS

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

3

C. If your answer to B is yes, how many? __7__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   __Pettigrew vs Rosenberg 15-CV-1255-HAB__
2. Basic claim made __Deliberate Indifference to Serious Medical Need__
3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __Still pending__

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac Corr. Center

Date(s) of the occurrence  September 12, 2007 - June 12, 2016

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

1.) Plaintiff has been incarcerated in the Illinois Department of Corrections since December 4, 2003. Plaintiff has been at Pontiac Corr. Center since September 12, 2007 as an unassigned inmate in segregation.

2.) Plaintiff became aware that he was entitled to $10.00 a month as an inmate with no assignment at Pontiac by reading Administrative Directive 05.03.103A a rule created by Director Baldwin's prior superior in the year of 2012 or 2013.

3.) Plaintiff discovered further that the Director created a Rule 20 Ill. Adm. Code 504.810, that prohibited inmates from challenging his decisions through the grievance procedure, this being an attempt to disuade inmates from pursuing legal action in the courts, in regards to their state pay.

5

4.) Plaintiff filed a grievance requesting his $10.00 monthly pay as an unassigned inmate in Pontiac and was told that segregation inmates don't get state pay. The Directive clearly does not support this allegation. Plaintiff has written several request to the Buisness office asking for his state pay and recieved no reply from Jeff Allen.

5.) Plaintiff also spoke to Warden Melvin and showed him the Directive illustrated that he was entitled to 9 years back pay and requested that he compensate me $1,080.00.
Plaintiff was told by Warden Melvin that he would not be compensated even though he was right so deal with it.

6.) The defendants have forced Plaintiff into a state of indigency by refusing to issue his $10.00 monthly pay and deprived him of a liberty interest because the plaintiff is entitled to this pay per I.D.O.C Administrative Directive 05.03.103A.

7.) Defendants have stopped Plaintiff's contact with friends and family through the mail service because they don't provide Plaintiff with pre-stamped envelopes nor do they allow the Plaintiff to use a phone to contact his family.

6

8.) Plaintiff has attempted suicide many times because of lost contact with his family and the Defendants are fully aware of this, yet they have done nothing to assist the Plaintiff.

9.) Plaintiff also has been forced to endure inadequate clothing due to his indigency. Plaintiff is not provided with T-shirts or Thermal tops and bottoms during the winter or ear warmers. So for 9 years the Plaintiff has been forced to physically suffer from coldness.

10.) Plaintiff has expressed all these things to the Defendants and recieved no remedy to the problem, nor has he recieved his monthly $10.00 pay to help lift the burden.

11.) Plaintiff has been diagnosed with Major Depression Disorder due to lack of contact with his mother and grandmother because of indigency, and the lack of pre-stamped envelopes.

12.) The Defendants have rules that prohibit an inmate from gambling, trading, and or trafficking, so if the Plaintiff recieves anything from another inmate he can be disciplined for accepting it, which shows how a indigent unassigned inmate is cut off from his family. This constitutes Cruel and Unusual Punishment and deliberate indifference.

## RELIEF REQUESTED

I am requesting $1,080 from each defendant and jointly for $3,240.00 Compensatory Damages

I am requesting $2,160.00 from each defendant and jointly for $6,480.00 in Punitive Damages

I am asking also for Injunctive Relief compelling the defendants to compensate the Plaintiff with 9 years $10.00 a month back pay for his time in Pontiac.

Lastly I request $1.00 for Nominal Damages.

Jury Demand Yes

Signed June 5, 2016

Carey C. Pettigrew R26024
P.O. Box 99
Pontiac, IL 61764

ILLINOIS DEPARTMENT OF CORRECTIONS
## MEDICAL REQUEST
Pontiac Correctional Center

NAME: Pettigrew NUMBER: R26024 DATE: 6/3/16
(Print clearly)

Cellhouse: North Cell #: 752

I wish to be seen for the following health problem and understand I will be required to sign a $5.00 medical co-payment for requested health services. (*Please mark the ONE that best describes your problem and circle any symptoms which you are experiencing:*)

- ☐ Allergies - itching, watery eyes
- ☐ Back Pain
- ☐ Bowel Problems - can't go, diarrhea, hemorrhoids
- ☐ Cold - stuffy nose, cough, chest congestion
- ☐ Dental Problem - toothache, lost filling, dentures, cavity
- ☐ Earache - ear stopped up, can't hear
- ☐ Eye Doctor - eye pain, injury, need glasses
- ☑ Headache & Dizzyness
- ☐ Joint Pain - knee, ankle, elbow
- ☐ Renew medication: _____
- ☐ Skin Problems - rash, pimples, boil
- ☐ Stomach Pain - throwing up, sick to stomach
- ☐ Other _____

Submission of this request will result in the scheduling of a routine visit and should not be used for urgent situations which should be directed to the cellhouse CMT or Nurse.
DO NOT WRITE BELOW THIS LINE - FOR HEALTH SERVICES STAFF ONLY

Date Request Received _____ / Date Scheduled: _____

S:

O: T: P: R: BP:

A:

P:

PON 0111 (Rev. 10/2015)
Printed on Recycled Paper



```
   120
 ×   9
  1080

   ²
  1080          1080
×    3             3
 32040          3240

  1
 2,160
     3
  6480
```

# LEGAL SUPPLY REQUEST

Effective March 16, 2015 only indigent offenders will be provided legal supplies. Supplies will be provided <u>once each month</u> per Warden's Bulletin # 15-11. Offenders who are not indigent will be required to purchase their supplies from the offender commissary.

This form is to request legal supplies. No other request(s) will be honored on this form. Forms not filled out properly will be rejected.

Offender Name: _____  ID#: _____

Cell House/Number: _____  Date: _____

As an indigent offender, you will receive supplies once per month.

Note: The Law Library does not send blank P-96 vouchers to offenders. Offenders must request P-96 forms from their Cell House Staff.

PLEASE DO NOT WRITE BELOW THIS LINE AND DO NOT REMOVE ANY PORTION OF THIS FORM. THANK YOU.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Completed By: _____  Date Mailed: _____

NOTICE BELOW:

To qualify as an indigent offender, and receive a supply packet, you must have not shopped from the commissary for the last thirty (30) days, AND have an account balance of less than $2.00. NOTE: If you have just arrived at Pontiac Correctional Center within the last thirty (30) days and have yet to establish a trust fund account; that in and of itself, does not qualify you as an indigent offender. Only offenders who meet the qualifications above will receive a supply packet. NO EXCEPTIONS. Thank you.

SM  ( 4'11  286 lbs
c/o BM  P.O. Box 184
Greeley, PA 18425

James Peterson  31 Age  5'11  165 lbs
19130 Blueberry Hill Rd.
Kiln, MS 39556